UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE M. JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. CHANAN, et al.,<br><br>　　　　　Defendants. | No.  2:15-cv-1606 AC P<br><br><br><br>ORDER |

On March 7, 2016, plaintiff filed a notice of change of address in <u>Johnson v. California Medical Facility</u>, 2:14-cv-00580 WBS KJN, and requested that his address be updated in any other cases where he was proceeding pro se, in forma pauperis, and without counsel. <u>Johnson v. California Medical Facility</u>, ECF No. 39.  Plaintiff's address in this case was updated accordingly.  The notice provides a non-prison address as plaintiff's new address of record.  <u>Id.</u>  Since it appears that plaintiff has been released from custody and he has not paid the filing fee, within thirty days from the filing date of this order he must either pay the filing fee in full or submit a non-prisoner application to proceed in forma pauperis, which the Clerk will be directed to provide.  Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.  Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is denied without prejudice.

1

2.  Within thirty days of the filing of this order, plaintiff must either pay the filing fee in full or submit a non-prisoner application to proceed in forma pauperis.

3.  The Clerk of the Court is directed to send plaintiff a blank in forma pauperis application used by non-prisoners.

DATED: May 17, 2016

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE