Case 2:15-cv-01606-AC   Document 8   Filed 12/13/16   Page 1 of 1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE M. JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>S. CHANAN, et al.,<br><br>Defendants. | No. 2:15-cv-1606 AC P<br><br><br><br>ORDER |

Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983 and has consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c) and Local Rule 305(a). ECF No. 4. A recent court order was served on plaintiff's address of record and returned by the postal service. It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. More than sixty-three days have passed since the court order was returned by the postal service and plaintiff has failed to notify the Court of a current address. Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice for failure to prosecute. See Local Rule 183(b).

DATED: December 12, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE