UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE M. JOHNSON, | No. 2:15-cv-1606 AC P |
| Plaintiff, | |
| v. | ORDER |
| S. CHANAN, et al., | |
| Defendants. | |

By order filed September 13, 2016, the complaint in this case was dismissed with leave to amend. ECF No. 7. That order was returned to the court by the postal service as undeliverable at plaintiff's address of record. After plaintiff failed to update his address, by order filed December 13, 2016, this action was dismissed without prejudice for failure to prosecute. ECF No. 8. On December 19, 2016, plaintiff filed a change of address (ECF No. 10), and on January 6, 2017, he filed a document which he captions as an amended complaint, but is in fact a request to re-open the case (ECF No. 11).

Plaintiff states that at the beginning of August he was removed from Mariposa House, where he was previously living, due to an argument he had with the staff there. ECF No. 11 at 2. However, he fails to explain why he waited over four months to notify this court of his change of address even though he notified other courts and agencies shortly after his address changed. Id. at 2-3. Plaintiff had ample time to notify the court of his change in address prior to the dismissal of

1

1   this action and offers no explanation for his lack of diligence.  If plaintiff wishes to continue
2   attempting to pursue his claims, he may initiate a new case, but this action shall remain closed.
3        Accordingly, IT IS HEREBY ORDERED that plaintiff's request to re-open the case (ECF
4   No. 11) is denied.
5   DATED: January 26, 2017

_/ s / Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE